# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>a Samsung Verizon phone and three Apple iPhones<br>(further described in Attachment A). | )<br>)<br>)  Case No. 17-SW-3069DPR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Missouri    
*(identify the person or describe the property to be searched and give its location)*:

A Samsung Verizon cellular phone and three Apple iPhones, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   August 18, 2017   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     David P. Rush    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   8/3/17 at 9:02 a.m.        */s/ David P. Rush*
                                                                   *Judge's signature*

City and state:     Springfield, Missouri         U.S. Magistrate Judge David P. Rush    
                                                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## Attachment A

### PROPERTY TO BE SEARCHED

The property to be searched is:

(a) an Apple iPhone, gray and black in color, with International Mobile Equipment Identity (IMEI) 35021076208636;

(b) an Apple iPhone, white in color, with IMEI 013988007227151;

(c) an Apple iPhone, black in color, with an unknown IMEI; and

(d) a Samsung Verizon flip style phone, black in color, with Mobile Equipment Identifier A0000047720234,

all of which were seized from Gerald POPE on May 18, 2017.

The cellular telephones are currently in the custody of the Drug Enforcement Administration (DEA) located at 3031 South Fort Avenue, Springfield, Missouri.

## Attachment B

## **PROPERTY TO BE SEIZED**

All records on the device described in Attachment A that relate to violations of Title 21, United States Code, Sections 841, 843, and 846, including:

a. Any and all documents, records, emails, instant messages/chats, text messages, video messages, or other communications, and Internet history (in documentary or electronic form) pertaining to the possession, receipt, distribution, or production of controlled substances;
b. Any and all records showing calls made, received, or missed pertaining to the possession, receipt, distribution, or production of controlled substances;
c. Any and all records showing text (SMS) messages or multi-media (MMS) messages made or received pertaining to the possession, receipt, distribution, or production of controlled substances;
d. Any and all voice messages pertaining to the possession, receipt, distribution, or production of controlled substances;
e. Any and all contact lists, calendar information, or other data pertaining to the possession, receipt, distribution, or production of controlled substances;
f. Any and all visual depictions, including still images, videos, films, or other recordings which pertain to the possession, receipt, distribution, or production of controlled substances;
g. Any and all data from programs, or "apps" that are used in furtherance of the possession, receipt, distribution, or production of controlled substances;
h. Any and all data contained on removable media pertaining to the possession, receipt, distribution, or production of controlled substances;
i. Any and all passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code;
j. Any and all records, documents, invoices, notes, and materials that pertain to accounts with any Internet Service Provider, as well as any and all records relating to the ownership or use of the searched media; and
k. Any and all documents, images, and records indicating the owner and possessor of the searched media.